**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| TORLEADOS D. BUTLER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:25-cv-388-CAR-AGH |
| | : | |
| Warden MARK AGBAOSI, | : | |
| | : | |
| Respondent. | : | |

## ORDER

On November 19, 2025, the Court provided Petitioner with an opportunity to amend his 28 U.S.C. § 2254 habeas petition within thirty days, and it ordered Respondent to file a responsive pleading within sixty days (ECF No. 6). On December 8, 2025, the Court received Petitioner's amended § 2254 petition (ECF No. 9), to which Respondent filed a timely answer (ECF No. 11). Now before the Court is Petitioner's second amended § 2254 petition (ECF No. 15).

Pretermitting whether Petitioner has a right to amend his petition as a matter of course under the Federal Rules of Civil Procedure, *see* 28 U.S.C. § 2242, Petitioner is now **ORDERED** to file his final amended petition on the Court's standard form **within thirty days** of the date of this Order. The Clerk is directed to forward to Petitioner the appropriate form for Petitioner's use in compliance with this Order. Upon the filing of Petitioner's final amended petition, Respondent is **directed** to file a response within sixty days of said filing. If Petitioner fails to file a final amended petition within thirty days, the Court will consider Petitioner's second amended

§ 2254 petition as his operative pleading, to which Respondent shall file a response within ninety days of the date of this Order.

Petitioner is **cautioned** that continued amendment of his § 2254 petition will delay the Court's consideration of said petition. Simply put: Respondent cannot continually respond to Petitioner's amended petitions, and the Court cannot adjudicate Petitioner's claims if Petitioner continues to engage in piecemeal amendments. Petitioner should carefully consider his claims and file his complete and final § 2254 petition. Petitioner shall be on notice that, absent a showing of good cause, the Court will not grant Petitioner leave to file any subsequent amendments.

**SO ORDERED**, this 26th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE